**IT IS ORDERED as set forth below:**



**Date: August 3, 2021**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 21-54948-BEM |
| CHERRISH TERRELL, | |
| Debtor. | CHAPTER 7 |

### ORDER DENYING MOTION TO RECONSIDER DISMISSAL

Debtor filed this Chapter 7 case on July 1, 2021. In her petition she gave the address of her residence as 1507 Chaselake Drive, Jonesboro, GA 30236. On July 2, 2021, the Court entered an order setting deadlines for Debtor to correct filing deficiencies and providing that failure to comply could result in dismissal of the case. [Doc. 6]. The order was mailed to Debtor at the Chaselake Drive address on July 4, 2021. [Doc. 8]. Debtor did not correct the filing deficiencies by the deadline, and the case was dismissed on July 26, 2021. [Doc. 14]. The dismissal order was mailed to Debtor at the Chaselake Drive address on July 28, 2021. [Doc. 15].

On July 29, 2021, Debtor filed a document asking the Court to reopen her bankruptcy case, which the Court construes as a Motion to Reconsider Dismissal (the "Motion"). [Doc. 16]. In the Motion, Debtor says, "I didn't receive the information stating what other

documents I needed to send in due to the address I was living at I don't live there anymore and couldn't gain access to the mailbox." [Id.]. At no time prior to dismissal did Debtor file a change of address form, s*ee* BLR 9007-3(b).

This case is Debtor's sixth bankruptcy case filed and dismissed in less than a two-year period. Debtor has not prosecuted any of her prior cases. *See* No. 21-50203, filed on January 11, 2021, dismissed on May 24, 2021 for failure to pay filing fee; No. 20-68980, filed on August 14, 2020, dismissed on September 9, 2020 for filing deficiencies; No. 19-69926, filed on December 12, 2019, dismissed on May 20, 2020 for failure to attend the meeting of creditors; No. 19-68253, filed on November 13, 2019, dismissed on December 9, 2019 for filing deficiencies; No. 19-64423, filed on September 11, 2019, dismissed on November 7, 2019 for failure to attend the meeting of creditors.

Debtor's Motion does not demonstrate any likelihood that she will prosecute this case if the Motion is granted. Debtor did not file the missing documents with her Motion, and she has not paid the filing fee for this case. [Doc. 10]. Accordingly, it is

ORDERED that the Motion is DENIED.

**END OF ORDER**

## **Distribution List**

Cherrish Terrell
4596 Valley Parkway SE
Apt. D
Smyrna, GA 30082

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

ALL CREDITORS AND PARTIES

3